AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

| | |
|---|---|
| JUAN CARLOS ANGUETA-CHILLANGA, | JUDGMENT IN A CIVIL CASE |
| Petitioner. | |
| **v.** | CASE NUMBER: 5:26-cv-751 |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | |
| Respondent. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 29, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 29, 2026
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020